UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM GINGOLD | Civil Action No. 08 CIV 2364 (SCR) |
| **Plaintiff,** | JUDGE ROBINSON |
| v. | |
| BON SECOURS CHARITY HEALTH SYSTEM | |
| **Defendant.** | |

## NOTICE OF MOTION

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ellen A. Fischer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

```
Applicant's Names:  Darren Creasy and Sidney Steinberg
Firm Name:          Post & Schell, P.C.
Address:            4 Penn Center, 1600 John F. Kennedy Blvd
City/State/Zip:     Philadelphia, PA 19103
Phone Number:       (215) 587-6632
Fax Number:         (215) 320-4157
```

Darren Creasy is a member in good standing of the Bar of the States of New Jersey and Pennsylvania. Sidney Steinberg is a member in good standing of the Bar of Pennsylvania.

There are no pending disciplinary proceedings against Darren Creasy or Sidney Steinberg in any State or Federal Court to the knowledge of the undersigned.

Dated:    Poughkeepsie, New York
          August 22, 2008

                                    Respectfully yours,

                                    The Law Offices of
                                    **STEINBERG, SYMER & PLATT, LLP**

                                    _____
                                    By: Ellen A. Fischer
                                    SDNY Bar: EF-6893
                                    27 Garden Street
                                    Poughkeepsie, New York  12601
                                    (845) 471-4455


TO:   Michael H. Sussman, Esq.
      SUSSMAN & WATKINS
      Attorneys for Plaintiff
      PO Box 1005
      Goshen, New York 10924

      Sidney R. Steinberg, Esq.
      Darren M. Creasy, Esq.
      POST & SCHELL, P.C.
      Four Penn Center
      1600 John F. Kennedy Boulevard
      Philadelphia, PA  19103-2808

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM GINGOLD | Civil Action No. 08 CIV 2364 (SCR) |
| **Plaintiff,** | JUDGE ROBINSON |
| v. | |
| BON SECOURS CHARITY HEALTH SYSTEM | |
| **Defendant.** | |

### AFFIDAVIT OF ELLEN A. FISCHER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

ELLEN A. FISCHER, ESQ., being duly sworn, hereby deposes and says as follows:

I am a member of Steinberg, Symer & Platt, LLP, counsel for Defendant Bon Secours Charity Health System in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit Darren Creasy and Sidney Steinberg as counsel *pro hac vice* to represent defendant in this matter.

I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 13, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

I have known Darren Creasy and Sidney Steinberg since 2005.

Mr. Creasy is an associate of Post & Schell, P.C. in Philadelphia, Pennsylvania. Mr. Steinberg is a partner in that firm.

I have found Mr. Creasy and Mr. Steinberg to be skilled attorneys and persons of integrity. They are experienced in Federal practice and familiar with the Federal Rules of Procedure. Each is in good standing with the Courts of the State in which he is admitted (See Exhibit "A").

Accordingly, I am pleased to move for the admission of Darren Creasy and Sidney Steinberg, *pro hac vice*.

I respectfully submit proposed orders granting the admission of Darren Creasy and Sidney Steinberg, *pro hac vice*, which are attached hereto as Exhibit "B."

WHEREFORE, it is respectfully requested that the motion to admit Darren Creasy and Sidney Steinberg, *pro hac vice*, to represent the defendant in the above-captioned matter, be granted.

Dated:    Poughkeepsie, New York
          August 22, 2008

                                          _____
                                          ELLEN A. FISCHER

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X 08 CIV 2364 (SCR)
ADAM GINGOLD,

                          Plaintiff,        AFFIDAVIT OF SERVICE

     -against-

BON SECOURS CHARITY HEALTHY SYSTEM,

                          Defendant.

----------------------------------------X
STATE OF NEW YORK  )
                   SS.:
COUNTY OF DUTCHESS )
```

AMY PREUSS, being duly sworn, deposes and says:  I am not a party to this action, am over 18 years of age, and reside at Hyde Park, New York.

On August 22, 2008, I served a true copy of the annexed NOTICE OF MOTION and supporting papers by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated below:

Michael H. Sussman, Esq.
SUSSMAN & WATKINS
Attorneys for Plaintiff
PO Box 1005
Goshen, New York 10924

POST & SCHELL, P.C.
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103-2808

                                   _____
                                   AMY PREUSS

Sworn to before me
on August 22, 2008.

_____
NOTARY PUBLIC

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DARREN MICHAEL CREASY** (No. **022022003**) was constituted and appointed an Attorney at Law of New Jersey on **December 04, 2003** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **11TH** day of **August**, 20 **08**

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Darren Michael Creasy, Esq.*

### DATE OF ADMISSION

*November 14, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 23, 2008

_____
Patricia A. Johnson
Chief Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Sidney R. Steinberg, Esq.*

**DATE OF ADMISSION**

*December 19, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 23, 2008

_____
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADAM GINGOLD** | Civil Action No. 08 CIV 2364 (SCR) |
| Plaintiff, | JUDGE ROBINSON |
| v. | |
| **BON SECOURS CHARITY HEALTH SYSTEM** | |
| Defendant. | |

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Ellen A. Fischer, a member of Steinberg, Symer & Platt, LLP, attorneys for BON SECOURS CHARITY HEALTH SYSTEM and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

```
Applicant's Name:    Darren Creasy
Firm Name:           Post & Schell, P.C.
Address:             4 Penn Center, 1600 John F. Kennedy Blvd
City/State/Zip:      Philadelphia, PA 19103
Phone Number:        (215) 587-6632
Fax Number:          (215) 320-4157
Email Address:       dcreasy@postschell.com
```

is admitted to practice *pro hac vice* as counsel for BON SECOURS CHARITY HEALTH SYSTEM in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED:
City, State:

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADAM GINGOLD** | Civil Action No. 08 CIV 2364 (SCR) |
| Plaintiff, | JUDGE ROBINSON |
| v. | |
| **BON SECOURS CHARITY HEALTH SYSTEM** | |
| Defendant. | |

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Ellen A. Fischer, a member of Steinberg, Symer & Platt, LLP, attorneys for BON SECOURS CHARITY HEALTH SYSTEM and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that
Applicant's Name:   Sidney Steinberg
Firm Name:          Post & Schell, P.C.
Address:            4 Penn Center, 1600 John F. Kennedy Blvd
City/State/Zip:     Philadelphia, PA 19103
Phone Number:       (215) 587-6632
Fax Number:         (215) 320-4157
Email Address:      ssteinberg@postschell.com

is admitted to practice *pro hac vice* as counsel for BON SECOURS CHARITY HEALTH SYSTEM in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED:
City, State:                    _____
                                United States District/Magistrate Judge